IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH TELLES, SR., MICHAEL TELLES,
Individually, and as parent and next best friend of
OLIVIA TELLES and JACOB TELLES,

     Plaintiffs,

vs.                                      Cause No. 1:15-cv-00992-KBM-LF

METLIFE AUTO & HOME,
METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
and DOES 1-5,

Defendants.

## NOTICE OF SETTLEMENT

COMES NOW Defendants MetLife Auto & Home (a trade name and not a legal entity) and Metropolitan Property and Casualty Insurance Company ("Metropolitan"), by and through its attorneys of record, Butt Thornton & Baehr PC (James H. Johansen and Amy E. Headrick), and advises the Court that all matters between the parties have been resolved.  The parties will jointly work to complete the necessary settlement documentation and forward a Motion and Order of Dismissal to the Court as to the claims of Joseph Telles, Sr. and Michael Telles.  Further, the parties have begun the necessary steps for appointment of a Guardian Ad Litem for approval of the minor settlement of Olivia Telles and Jacob Telles.

                Respectfully Submitted,

                BUTT THORNTON & BAEHR PC

                */s/ James H. Johansen*
                James H. Johansen
                Amy E Headrick
                *Attorney for Defendant, Economy Premier Assurance Company*
                P.O. Box 3170
                Albuquerque, NM  87190-3170
                Telephone:  (505) 884-0777

I hereby certify that on the 11th day of December, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by e-mail; and electronic means, as more fully reflected on the Notice of Electronic filing:

Linda J. Rios
RIOS LAW FIRM
PO Box 3398
Albuquerque, NM  87190-3398
Telephone:  (505) 232-2298
linda.rios@lrioslaw.com

/s/ *James H. Johansen*
James H. Johansen