IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH TELLES, SR., MICHAEL TELLES,
Individually, and as parent and next best friend of
OLIVIA TELLES and JACOB TELLES,

      Plaintiffs,

vs.                                       Cause No. 1:15-cv-00992-KBM-LF

METLIFE AUTO & HOME,
METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
and DOES 1-5,

Defendants.

## STIPULATED MOTION TO DISMISS

COME NOW Plaintiffs Michael Telles and Joseph Telles, Sr., and Defendants in the above-styled matter, by and through their attorneys of record, and pursuant to Fed.R.Civ.P. 41(a)(2), and move the Court to enter its Order dismissing Michael Telles' and Joseph Telles, Sr.'s claims against the Defendants with prejudice.  As grounds therefor, the parties state that all controversies and issues among them have been settled and compromised to their mutual satisfaction.

WHEREFORE, the parties respectfully request that the Court enter its Order dismissing Plaintiff's Complaint and all claims and causes of action therein and any other claim which could have been brought against Defendants, with prejudice.

**Electronically Filed**

/s/ *Approved 1/4/16 by:*
Linda Rios
Audrey McKee
RIOS LAW FIRM
*Attorneys for Plaintiff*
5201 Constitution Ave. NE
Albuquerque, NM 87110
Linda.rios@lrioslaw.com
Audrey.mckee@lrioslaw.com


*/s/ James H. Johansen*
James H. Johansen
Amy E Headrick
BUTT THORNTON & BAEHR PC
*Attorneys for Defendant,*
*Economy Premier Assurance Company*
P.O. Box 3170
Albuquerque, NM  87190-3170
(505) 884-0777
jhjohansen@btblaw.com
aeheadrick@btblaw.com

2