IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH TELLES, SR., MICHAEL TELLES,
Individually, and as parent and next best friend of
OLIVIA TELLES and JACOB TELLES,

      Plaintiffs,

vs.                                          Cause No. 1:15-cv-00992-KBM-LF

METLIFE AUTO & HOME,
METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,
and DOES 1-5,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion of Plaintiffs, Michael Telles and Joseph Telles, Sr., and Defendant, Metropolitan Property and Casualty Insurance Company, to dismiss Plaintiffs' claims with prejudice pursuant to FED. R. CIV. P. 41(a)(2), the Court having reviewed the Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs Michael Telles' and Joseph Telles' Complaint and all claims and causes which could have been brought are hereby dismissed with prejudice. All parties shall bear their own costs and attorneys' fees.

                                                                           _____
                                                                           HONORABLE KAREN B. MOLZEN
                                                                           U.S. Chief Magistrate Judge

APPROVED:

*/s/: approved 1/4/16 by:*
Linda Rios
Audrey McKee
*Attorney for Plaintiff*

*/s/ James H. Johansen*
James H. Johansen
Amy E. Headrick
Attorney for Defendant